IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-3010** |
| | : | |
| **J. WETZEL,** *et al.* | : | |

# ORDER

**AND NOW**, this 30th day of June 2020, upon considering the incarcerated *pro se* Plaintiff's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1, 4), mindful of our April 5, 2019 Order in *Talbert v. Carney*, No. 19-1340, 19-1341, 2019 WL 1516940, at *3 (E.D. Pa. Apr. 5, 2019) barring the serial *pro se* incarcerated Plaintiff from filing further federal civil rights lawsuits without paying the fees unless he can plead imminent danger of serious physical harm consistent with Fed.R.Civ.P. 11, reviewing the allegations in his proposed Complaint and amended Complaint (ECF Doc. Nos. 6, 3), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1, 4) are **DENIED without prejudice** to him paying the filing fees on or before **July 30, 2020** and absent timely payment, we will direct the Clerk of Court to close this case; and,

2. The Clerk of Court shall not issue summons on the amended Complaint until further Order.

_____
**KEARNEY, J.**