IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-3010 |
| | : | |
| J. WETZEL, *et al.* | : | |

# ORDER

**AND NOW**, this 27th day of July 2020, having studied the incarcerated *pro se* Plaintiff's amended Complaint (ECF Doc. No. 12) and Motion for a preliminary mandatory injunction (ECF Doc. No. 13), consistent with our June 30, 2020 Order (ECF Doc. No. 9) granting Plaintiff leave to file an amended complaint, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff may not proceed on his amended Complaint *in forma pauperis* under 28 U.S.C. § 1915;

2. Absent the incarcerated *pro se* Plaintiff paying the filing fees on July 30, 2020 consistent with our June 30, 2020 Order (ECF Doc. No. 9), we will dismiss this case and direct the Clerk of Court to close this case; and,

3. Plaintiff's Motion for a preliminary mandatory injunction (ECF Doc. No. 13) is **DENIED without prejudice** to be renewed if he pays the filing fees.

_____
KEARNEY, J.